IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-20-00109-JD |
| ) | |
| MICHAEL KERRY KENDRICK, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the Court are Notices to the Court Regarding the Issuance of an Opinion in *United States v. Anthony*, which are [Doc. No. 68] in *United States v. Glass*, Case No. CR-20-00105-JD ("*Glass*") and [Doc. No. 70] in *United States v. Kendrick*, Case No. CR-20-00109-JD ("*Kendrick*") (together, "Notices"). The Notices were filed consistent with the Court's Orders staying the restitution hearings in these cases. [Doc. No. 64 in *Glass*, and Doc. No. 66 in *Kendrick*]. The background, reasoning, and rulings from those Orders are incorporated in this Order. The Notices request time to file amended briefing accounting for *United States v. Anthony*, 22 F.4th 943, 2022 WL 108602 (10th Cir. 2022).

The Court agrees that an amended motion and briefing are appropriate in light of *Anthony* and sua sponte permits the parties to file amended briefs. The United States may file an amended motion for restitution in both *Glass* and *Kendrick* by **February 28, 2022.** Upon the filing of amended motions, the Court plans to strike the existing restitution motions in light of the updated filings. [Doc. No. 57 in *Glass*, and Doc. No. 58 in

*Kendrick*]. Defendants may file responses within **twenty-one (21) days** of the filing of the amended motions. The United States may file replies within **fourteen (14) days** of the filing of response briefs.

 IT IS SO ORDERED this 4th day of February 2022.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE